**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-2321**

———————

RONALD MU'MIN OWENS-BEY,

                                        Plaintiff - Appellant,

          versus


CARLA FOSTER RHODES, individually and as
Program Administrator-DHR-BCDSS; MARSHA
GARRISON, individually and as Unit
Administrator-DHR-BCDSS; JERRI TOMSIK SOBUS,
Individually and as Personnel Administrator-
DHR-BCDSS; SHAWNA CUNNINGHAM, Individually and
as a Family Services Supervisor-DHR-BCDSS;
SAMUEL CHAMBERS, JR., Individually and as
Director-DHR-BCDSS; GINGER SCOTT, Individually
and as Acting Appointing Authority-DHR-BCDSS;
CHRISTOPHER J. MCCABE, Individually and as
Secretary-Maryland Department of Human
Resources; CHERYL PARKER SIMPSON, Individually
and as Assistant City Solicitor, Baltimore
City-DSS; STEPHANIE A. LEWIS, Individually and
as Assistant Attorney General-DHR-BCDSS;
CATHERINE M. SHULTZ, Individually and as
Principal Counsel, Department of Human
Resources,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:06-cv-
02871-AMD)

———————

Submitted: March 29, 2007          Decided: April 2, 2007

———————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Ronald Mu'Min Owens-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Mu'Min Owens-Bey appeals the district court's order dismissing without prejudice his civil action alleging wrongful discharge from his employment. The court reasoned that Owens-Bey failed to comply with its prior order directing him to file a copy of the right-to-sue letter issued by the Equal Employment Opportunity Commission and either to pay the filing fee or to apply to proceed in forma pauperis. Our review of the record discloses that Owens-Bey timely filed a copy of the right-to-sue letter and filed an affidavit declaring he was unemployed and owned no property or automobiles. Because Owens-Bey complied with the district court's prior order, we vacate the court's order dismissing the action without prejudice and remand for further proceedings. We grant Owens-Bey leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED